UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-CV-81415

STEVEN CAROLINI

    Plaintiff,

vs.

LAW OFFICES OF JAMES A. WEST, P.C.

    Defendant
_____/

## NOTICE OF FILING

COMES NOW, Law Offices of James A. West, P.C., and files this, its Declaration in Support of Defendant's Motion for Summary Judgment.

Respectfully submitted,

/s/ Charles J. McHale
CHARLES J. MCHALE, ESQUIRE
FBN: 0026555

/s/ Dale T. Golden
DALE T. GOLDEN, ESQUIRE
Fla. Bar No. 0094080

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record, this 7th day of February, 2012.

/s/ Charles J. McHale
Charles J. McHale
FBN:  0026555

/s/ Dale T. Golden
Dale T. Golden
Fla. Bar No. 0094080
**GOLDEN & SCAZ, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609
813-251-5500
813-251-3675 (f)
dale.golden@goldenscaz.com
**Attorneys for Defendant**