UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| STEVEN CAROLINI ) | Case Number: 9:10-cv-81415-WJZ |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| LAW OFFICES OF JAMES A. WEST, ) | |
| P.C. ) | |
| Defendant ) | |

**PLAINTIFF'S NOTCE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**COMES NOW**, the plaintiff, STEVEN CAROLINI, by and through his undersigned counsel, Peter Wizenberg, Esquire, and hereby notifies the court of the following:

1. As a settlement between the parties has been reached, Plaintiff respectfully requests that this case be dismissed with prejudice.

**WHEREFORE,** plaintiffs respectfully request that this Honorable court dismiss this case without prejudice.

**Respectfully submitted,**

Date:  March 1, 2012          BY: *s/Peter Wizenberg*
                               Peter Wizenberg, Esquire


                               Peter Wizenberg, Esquire
                               Florida Bar Number: 34500
                               1580 Sawgrass Corporate Parkway, # 130
                               Fort Lauderdale, Florida 33323
                               Tel: 786-260-7075
                               Fax: 954-756-8092
                               Email: peter@wizenberglaw.com
                               Attorney for Plaintiff