```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 10-81415-CIV-ZLOCH
```

STEVEN CAROLINI,

       Plaintiff,

vs.                                             **FINAL ORDER OF DISMISSAL**

LAW OFFICES OF JAMES A. WEST,
P.C.,

       Defendant.
_____/

    THIS MATTER is before the Court upon the Notice Of Voluntary Dismissal With Prejudice (DE 16) filed herein by Plaintiff, Steven Carolini.  The Court has carefully reviewed said Notice and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.  The Notice Of Voluntary Dismissal With Prejudice (DE 16) filed herein by Plaintiff, Steven Carolini, be and the same is hereby approved, adopted and ratified by the Court;

    2.  The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

    3.  To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___6th___ day of March, 2012.

                                                        _____
                                                        WILLIAM J. ZLOCH
                                                        United States District Judge

Copies furnished:
All Counsel of Record